# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

UNITED STATES OF AMERICA, )
)
)
)
v. ) Case No. 5:21-cr-0406-LCB-HNJ
)
KENSECO ARTESE GRANT )
)
    Defendant. )

## **MEMORANDUM OPINION AND ORDER**

Before the Court is Kenseco Artese Grant's motion to suppress. (Doc. 15). After briefing was completed, the magistrate judge to whom the motion was referred conducted a hearing where he heard testimony from two of the police officers involved in the search of the Defendant's residence. The magistrate judge subsequently entered a report (Doc. 26) on July 19, 2022, recommending this Court deny the Defendant's motion to suppress. The Defendant filed objections to that report and recommendation on August 8, 2022. (Doc. 27).

After a careful *de novo* review of the entire record in this case, including all briefs, the transcript of the suppression hearing, the magistrate judge's report and recommendation, and the Defendant's objections, the Court **ADOPTS** the magistrate judge's report, **ACCEPTS** his recommendation, and **OVERRULES** the

Defendant's objections. Consistent with the report and recommendation, the Defendant's motion to suppress (Doc. 15) is **DENIED**.

**DONE** and **ORDERED** January 12, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE